

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00051-CV

---

Paula Norwood, Appellant

v.

City of Austin, Appellee

---

On Appeal from the 98th District Court
Travis County, Texas
Trial Court No. D-1-GN-25-004639

---

## MEMORANDUM OPINION

This appeal is before the Court on Appellant's motion to voluntarily dismiss the appeal. We

GRANT the motion and dismiss the appeal. Tex. R. App. P. 42.1 (authorizing the dismissal of a

civil appeal on the motion of the appellant). Appellant's pending motion to seal cites no authority

permitting the Court to seal the record. Accordingly, the motion is DENIED. *See* Tex. R. Civ. P. 76a (providing the standards for sealing court records).

MARIA SALAS MENDOZA, Chief Justice

March 2, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.